236 So.2d 31

Larry Lee WILLIAMS

v.

AMERICAN EMPLOYERS INSUR-
ANCE COMPANY.

No. 50567.

June 8, 1970.

Writ refused. The judgment is not final.

236 So.2d 31

Fellman J. PIERRE, Jr., Delores G. Pierre,
and Z. T. Ramsey, Jr., d/b/a Z. T. Ram-
sey, Jr., Realty Company

v.

Walter R. CHEVALIER, Jr.

No. 50573.

June 8, 1970.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

SUMMERS, J., is of the opinion the writ should be granted.